In the Matter of the Claim of SCOTT LIEBMAN, Claimant, v NEW YORK CITY DEPARTMENT OF ENVIRONMENTAL PROTECTION, Appellant. WORKERS' COMPENSATION BOARD, Respondent. [955 NYS2d 899]—Lahtinen, J.

Peters, P.J., Rose, Malone Jr. and Garry, JJ., concur. Ordered that the decision is affirmed, without costs.